IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERMAINE J. JOHNSON,** | : |
| Petitioner, | : |
| vs. | :   CA 07-0677-CG-C |
| **PETER D. KEISLER, etc., et al.,** | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 21, 2007 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 3rd day of January, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**