**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

**JERMAINE J. JOHNSON,**        :

      **Petitioner,**        :

**vs.**        :    **CA 07-0677-CG-C**

**PETER D. KEISLER, etc., et al.,**        :

      **Respondents.**        :

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED WITHOUT PREJUDICE** because petitioner falls within that class of aliens properly detained pursuant to 8 U.S.C. § 1231(a)(1)(C).

**DONE and ORDERED** this 3rd day of January, 2008.


/s/ Callie V. S. Granade        
**CHIEF UNITED STATES DISTRICT JUDGE**